# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _South Dakota_

_Howell Dean O'Bryan Jr,_
_____
Petitioner

v.

_J.W. Cox in his capacity as Warden_
_of Yankton Federal Prison Camp_
Respondent

_(name of warden or authorized person having custody of petitioner)_

)
)
)
)
)
)
)
)
)
)

Case No. _21-4052_
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: _Howell Dean O'Bryan Jr._

    (b) Other names you have used:

2.  Place of confinement: _Federal Prison Camp Yankton South Dakota_

    (a) Name of institution: _Yankton FPC_

    (b) Address: _P.O. Box 700   Yankton, SD   57078_

    (c) Your identification number: _#16234-033_

3.  Are you currently being held on orders by:

    ☒ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court that sentenced you: _Western District of Kentucky_
    _Bowling Green_

    (b) Docket number of criminal case: _1:15-cr-00028 GNS_

    (c) Date of sentencing: _8/15/2017_

    ☐ Being held on an immigration charge

    ☐ Other (explain): _____

    _____

    _____

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain):* _____

_____

_____

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court: *Federal Prison Camp — Yankton, SD*

(b)  Docket number, case number, or opinion number: *1330.18 BOP Program Statement BP-8*

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*
*Asked to redeem All First Step Act "Earned Time" credits which are owed under the First Step Act, 18 U.S.C. 3632 (d)(4)(A) and was denied.*

(d)  Date of the decision or action: *10-28-2020*

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes    ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: *U.S. Department of Justice — FBOP*

(2)  Date of filing: *10-28-2020*

(3)  Docket number, case number, or opinion number: *Administrative Remedy BP-9 #1055321-F1*

(4)  Result: *Denied*

(5)  Date of result: *11-10-2020*

(6)  Issues raised: *Same as 6 (c)*

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: *U.S. Department of Justice - FBOP*

(2)  Date of filing: *11-17-2020*

(3)  Docket number, case number, or opinion number: #*1055321-R1* *Administrative Remedy BP-10*

(4)  Result: *Denied*

(5)  Date of result: *12/31/2020*

(6)  Issues raised: *Same As 6 (c)*

_____

_____

_____

(b)  If you answered "No," explain why you did not file a second appeal:

_____

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: *U.S. Department of Justice - FBOP*

(2)  Date of filing: *1-13-2021*

(3)  Docket number, case number, or opinion number: *Administrative Remedy BP-1* *1055321-R*

(4)  Result: *No Response from Central Office*

(5)  Date of result: *3-29-21*

(6)  Issues raised: *Policy states a No response is considered A denial, Same As 6 (c)*

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

    ☐ Yes    ☐ No

    If "Yes," provide:

    (1) Date of filing: _____

    (2) Case number: _____

    (3) Result: _____

    (4) Date of result: _____

    (5) Issues raised: _____

_____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

    ☐ Yes    ☐ No

    If "Yes," provide:

    (1) Name of court: _____

    (2) Date of filing: _____

    (3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Petition for A Writ of Habeas Corpus U.S.C. 2241

(b) Name of the authority, agency, or court: United States District Court Southern District of South Dakota - Sioux Falls

(c) Date of filing: 11-30-2020

(d) Docket number, case number, or opinion number: CASE # 4:20-CV-04183-LLP

(e) Result: Dismissed without prejudice for failure to Exhaust Remedies

(f) Date of result: 3-16-2021

(g) Issues raised: Redemption of Earned Time Credits Applicable under the First Step Act passed 12-21-2018.

_____

_____

_____

_____

_____

Harold O'Ryan
4-1-2021

13. State every ground (reason) that supports your claim that you are bein held in violation of the Constituuion, Laws, or treateis of the united States:

Petitioner requests application of Earned time credits under that First Step Act (FSA) which has been denied through the Administrative Remedy Process within the BOP. Petitioner has exhausted fully. Petitioner was assigned various Evidence-Based-Recidivism-Reduction (EBRR) programming and Productive Activities (PA) through his case manager which can be seen clearly in "Exhibit A". Also attached is "Exhibit B, Exhibit C, Financial statements etc. Petitioner will explain the Unit Team process and supporting factors of each exhibit for better understanding of the process for the courts.

Each inmate is assigned a Unit Team. The unit team consists of three people. A Unit Manager, a counselor, and a Case manager. The case manager does an assessment of each inmate every six months called "Team".

During each Team each inmate is assigned programming and productive activities. Each inmate is given a copy labeled "Individualized-Re-entry-Program-Review" from each and every team that takes place (Exhibit A) which is known as the "Team Sheet".

The team sheet is a list of assigned work assignments, education courses, drug treatment assignments, assigned progress review, next assigned program review goals, assigned long term goals, and various other topics such as discipline history.

Exhibit A has six Team Sheets with the following dates 8-15-2018, 6-12-2019, 11-27-2019, 5-6-2020, 10-21-2020 and 3/31/2021. These dated Team Sheets cover the entire period from the Date of Enactment of the FSA 12-21-2018 up to the current date. They include all of the EBRR and PA assigned to the petitioner by petitioners case manager and BOP staff working in coordination with my case manager.

Exhibit B is a list promulgated by the BOP and released to the inmate population on 2-24-2020 labeled "Evidence-Based-Recidivism-Reduction (EBBR) program and Productive Activities (PA).

Exhibit C is a copy of 3635 definitions which include the terms Evidence-Based-Recidivism-Reduction programs and Productive Activity.

The following is a list of assigned work assignments (Prison Job), Vocational Training, substance abuse treatment, and more both completed as well as still in progress by the petitioner, all of which had been assigned to the petitioner by the case manager, which can be found in all six team sheets under the following categories: Progress since last review.....Next program review goals.... and Long term review goals which can be found on the last page of all six team sheets. (Exhibit A)

The following list of assigned EBRR and PA also meet the requirements of (Exhibit B) promulgated by the BOP. Please pay special attention to the paragraph at the top of the page on page one. You will also find the following fall under the definitions stated in (Exhibit C) which are the definitions of EBRR and PA found in the FSA Law.

ASSIGNED WORK ASSIGNMENTS:

| | |
|---|---|
| LAND 1 | 12-21-2018 TO 5-20-2019 |
| R & D ORDERLY | 6-01-2019 TO 7-15-2019 |
| CHAPEL ORDERLY | 7-15-2019 TO 10-01-2019 |
| VISITING ROOM ORDERLY | 10-01-2019 TO 10-01-2020 |
| DURAND ORDERLY | 10-01-2020 TO CURRENT |

PROGRAMS ASSIGNED:

| | |
|---|---|
| -MOUNT MARTY UNIVERSITY (MMU) | |
| RPP COMMUNITY RESOURCES #4 | 12-21-2018 TO 3-21-2019 |
| RDAP | 6-03-2019 TO 3-11-2020 |
| RDAP FOLLOW UP | 3-17-2020 TO 3-17-2021 |
| (MMU) RPP4 COLLEGE ORIENTATION | 7-18-2019 TO 7-18-2019 |
| (MMU) PRINCIPLES OF MARKETING | 8-26-2019 TO 12-10-2019 |
| (MMU) INTRODUCTION TO BUSINESS | 8-27-2019 TO 12-12-2019 |
| (MMU) ACCOUNTING I | 8-29-2019 TO 12-13-2019 |
| (MMU) BUSINESS APPLICATION & SYSTEMS | 8-29-2019 TO 12-14-2019 |
| BASICS OF BIBLICAL HEBREW | 12-03-2019 TO 12-20-2019 |
| (MMU) ACCOUNTING II | 1-15-2020 TO 5-08-2020 |
| (MMU) PRINCIPLES OF MANAGEMENT | 1-13-2020 TO 5-08-2020 |
| (MMU) INTRODUCTION TO SOCIOLOGY | 1-16-2020 TO 5-08-2020 |
| (MMU) HUMAN RESOURCE MANAGEMENT | 1-16-2020 TO 5-08-2020 |
| (MMU) INTRODUCTION TO HORTICULTURE | 8-26-2020 TO 11-30-2020 |
| (MMU) MANAGERIAL ACCOUNTING | 8-28-2020 TO 11-30-2020 |
| (MMU) 20 HRS SERVICE TO THE COMMUNITY | 8-28-2020 TO 11-30-2020 |
| (MMU) GREENHOUSE OPERATIONS | 1-16-2021 TO CURRENT |
| (MMU) INTRODUCTION TO CHRISTIANITY | 1-16-2021 TO CURRENT |
| (MMU) LEGAL ENVIRONMENT OF BUSINESS | 1-16-2021 TO CURRENT |
| (MMU) BASIC SKILLS IN INFORMATION TECHNOLOGY | 1-16-2021 TO CURRENT |

15. State exactly what you want the court to do:

The Petitioner is requesting the court to order immediate application of Earned Time Credits of 27 months resulting in 13.5 months credit due to Petitioner being assessed a PATTERN score of low for two consecutive assessments qualifying him for 15 days of time credits for every 30 days as clearly stated in the First Step Act. Petitioner seeks relief under 3624(g)(2) prerelease custody which will ad additional 13.5 months to my already given Home Detention Eligibility Date of 8/23/2021 which would put the Petitioner way past his release date and that petitioner has been held over 9 months past his lawful release date.

If you are incarcerated, on what date did you place this petition in the prison mail system: 4/1/2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/1/2021     Howell Dean O'Bryan Jr.

Howell Dean O'Bryan Jr.

Howell Dean O'Bryan Jr.

CERTIFIED MAIL®

7020 1810 0002 0357 8657

Howell O'Bryan # 16234-033
Federal Prison Camp Yankton
P.O. Box 700
Yankton, SD 57078

X-RAYED BY
SOUTH DAKOTA
CSO



⇔16234-033⇔
Us Dist Court
400 S Phillips AVE
RM. 128
Sioux Falls, SD 57104
United States

433

BC
4-3-21