UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| HOWELL DEAN O'BRYAN, JR.,<br><br>　　　　　　　Movant,<br><br>vs.<br><br>J.W. COX, IN HIS CAPACITY AS WARDEN OF YANKTON FEDERAL PRISON CAMP;<br><br>　　　　　　　Respondent. | 4:21-CV-04052-LLP<br><br><br>ORDER |

Petitioner, Howell Dean O'Bryan, Jr., an inmate at the Yankton Federal Prison Camp, in Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court directs the petition in this case be served and that a response be filed. Accordingly,

IT IS ORDERED that:

(1)　the Clerk of Court shall serve upon respondent and the United States Attorney for the District of South Dakota a copy of the petition and this order;

(2)　within 21 days after service, respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(3)　petitioner may file a reply within 14 days of service of the respondent's response.

DATED this 5th day of April, 2021.

BY THE COURT:

*Veronica L. Duffy* (signature)
VERONICA L. DUFFY
United States Magistrate Judge