UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| HOWELL DEAN O'BRYAN, JR., | \* | CIV 21-4052 |
| | \* | |
| Petitioner, | \* | |
| | \* | JUDGMENT |
| vs. | \* | |
| | \* | |
| J. W. COX, in his capacity as | \* | |
| Warden of Yankton Federal Prison Camp, | \* | |
| | \* | |
| Respondent. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Order signed this date,

IT IS ORDERED, ADJUDGED, and DECREED that Petitioner's Petition for Relief under 28 U.S.C. § 2241 is granted to the extent that Petitioner shall receive the 43.75 days of time credit under the First Step Act before his current release date of February 23, 2022.

Dated this 1st day of September, 2021.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK